FILED
JAN 18 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

In re: Lisa & Leonides Basulto Case No: 11-40218-dm113 DATED: 17/2011

Chapter : 13

Debtor (s ) SSN: \*\*\*-\*\*- 6719 / \*\*\*-\*\*-7371

Debtor Phone No: 1 (214) 949-0161 Judge:

**DEBTOR'S(S') CHAPTER 1 3 PLAN AND MOTION FOR VALUATION**

**SECTION I**

**DEBTOR'S(S') CHAPTER 1 3 PLAN - SPECIFIC PROVISIONS**

**FORM REVISED 1 0 -2 6 -0 5**

This Plan contains non -standard provisions: n o

**A. DEBTOR PAYMENTS** DEBTOR(S) PROPOSES TO PAY TO THE TRUSTEE THE

SUM OF $1,200.00 PER MONTH FOR 60 MONTHS; FOR A TOTAL OF $72,000.00

FIRST PAYMENT IS DUE 3/1/2011.

THE ESTIMATED UNSECURED CREDITORS'S POOL IS

$_____ calculated as: _____(Disposable income per §13 2 5(b)(2)) x _____
(Commitment period per §1 32 5(b)(4)), b u t not les s than $_____ pursuant to §13 2 5(a )(4).

**B. ADMINISTRATIVE AND DSO CLAIMS:**

1 . **CLERK'S FILING FEE:** Total filing fees paid through the plan are $224.00 and shall be paid in full prior to disbursements to any other creditor.

2 . **TRUSTEE FEES AND NOTICING FEES:** Trustee fees and any noticing fees s hall be paid first out of each disbursement and as provided in General Order 20 0 5-5.

3 . **DOMESTIC SUPPORT OBLIGATIONS:** Debtor to pay all post-petition Domestic

Support Obligations (as defined in §1 0 1(1 4A)) directly to the holder of such obligation prior to discharge. Pre-petition Domestic Support Obligations to be pa id.

NAME PAYMENT

*The name(s), address(es) and telephone numbers of the holder of any Domestic Support Obligation (IF KNOWN) are as follows:*

**C. ATTORNEY FEES:** To None, TOTAL: $0; $0 PRE-PETITION; $0 THROUGH TRUSTEE. PRE-CONFIMATION PAYMENTS TO DEBTOR'S ATTORNEY WILL BE PER THE AUTHORIZATION FOR *ADEQUATE PROTECTION DISBURSEMENTS.* POST-CONFIRMATION *PAYMENTS TO DEBTOR'S ATTORNEY* WILL BE MADE FROM FUNDS REMAINING AFTER PAYMENT OF ADMINSTRATIVE AND DSO CLAIMS AS PROVIDED ABOVE ('B') AND EACH SPECIFIED MONTHLY PLAN PAYMENT TO SECURED CREDITORS ('D' AND/ OR 'E' BELOW) BUT BEFORE ANY PAYMENT TO PRO RATA SECURED CREDITORS ('D' AND/ OR 'E' BELOW) AND BEFORE ANY PAYMENT TO PRIORITY CREDITORS ('H' BELOW) OR UNSECURED CREDITORS ('I' AND 'J 'BELOW).

**D. HOME MORTGAGE**

| MORTGAGEE | ARR. AMT | ARR. THROUGH | % | TERM(APPROXIMATE) | PAYMENT |
|---|---|---|---|---|---|
| Wells Fargo | $53,682.00 | | TBD | $148,848.00 | $1,078.17 |

**E.(1) SECURED CREDITORS-PAID BY THE TRUSTEE**

| CREDITOR | COLLATERAL | CLAIM | VALUE | % | TERM(APPROXIMATE) | PAYMENT |
|---|---|---|---|---|---|---|
| Loan Star Title Loan | 1999 Chrysler Concorde | $1,370.00 | $1,650.00 | | TBD | $22.83 |

**E.(2) SECURED 1 3 2 9 (a)(9) CLAIMS PAID BY THE TRUSTEE**

CREDITOR COLLATERAL CLAIM VALUE % TERM(APPROXIMATE) PAYMENT

*TO THE EXTENT THE VALUE AMOUNT IN E(2) IS LESS THAN THE CLAIM AMOUNT IN E(2), AND THE DEBTOR IS NOT PROPOSING TO PAY THE CLAIM AMOUNT, THE CREDITOR SHALL HAVE THE OPTION OF REQUIRING THE DEBTOR TO SURRENDER THE COLLATERAL BY OBJECTING TO THE PROPOSED TREATMENT. ABSENT SUCH OBJECTION, THE CREDITOR SHALL BE DEEMED TO HAVE ACCEPTED THE PROPOSED TREATMENT. THE VALUATION OF COLLATERAL AND INTEREST RATE TO BE PAID ON THE ABOVE CLAIMS IN E(1) AND E(2) WILL BE FINALLY DETERMINED AT CONFIRMATION.*

**F. SECURED CREDITORS (COLLATERAL TO BE SURRENDERED):**

CREDITOR COLLATERAL CLAIM VALUE TREATMENT

*The Automatic Stay will terminate as to Collateral listed in this paragraph upon filing hereof but nothing in this Plan shall be deemed to abrogate any applicable non-bankruptcy law contract rights of the Debtor(s ).*

**G. SECURED CREDITORS-PAID DIRECT BY DEBTOR**

CREDITOR COLLATERAL CLAIM VALUE TREATMENT

**H. PRIORITY CREDITORS:**

CREDITOR CLAIM TERM (APPROXIMATE) PAYMENT

**I. SPECIAL CLASS:**

CREDITOR JUSTIFICATION CLAIM TERM (APPROXIMATE) PAYMENT

**J . UNSECURED CREDITORS**

CREDITOR CLAIM COMMENT UNSECURED CREDITORS ARE NOT GUARANTEED A DIVIDEND WHEN A PLAN IS CONFIRMED, SEE LOCAL BANKRUPTCY RULE 20 0 5-05. UNSECURED CREDITORS MAY RECEIVE A PRO-RATA SHARE OF THE UNSECURED CREDITOR POOL LESS ONLY ALLOWED DEBTOR'S ATTORNEY FEE.

**K. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

§36 5 Party ASSUME/ REJ ECT CURE AMOUNT TREATMENT

L. 'TERM (APPROXIMATE)' SHOWN HEREIN GIVES THE ESTIMATED NUMBER OF MONTHS FROM THE DATE OF CONFIRMATION REQUIRED TO FULLY PAY THE BALANCE OF THE CLAIM AS OF THE DATE OF CONFIRMATION. THE CALCULATION ASSUMES DEBTOR WILL TIMELY MAKE ALL PAYMENTS DUE BETWEEN DATE HEREOF AND DATE OF CONFIRMATION. (NOTE: IF *ADEQUATE PROTECTION PAYMENTS* HAVE BEEN AUTHORIZED AND MADE, THEY WILL BE APPLIED TO PRINCIPAL AS TO UNDER-SECURED CLAIMS AND ALLOCATED BETWEEN INTEREST AND PRINCIPAL AS TO OVER-SECURED CLAIMS. *PAYMENT PURSUANT TO THIS PLAN WILL ONLY BE MADE TO SECURED, ADMINISTRATIVE, PRIORITY AND UNSECURED CLAIMS THAT HAVE BEEN ALLOWED OR THAT THE DEBTOR HAS AUTHORIZED IN AN ADEQUATE PROTECTION AUTHORIZATION.*

**M. ADDITIONAL PLAN PROVISIONS:**

Respectfully submitted,                                    Case No.:

*[signature]*

Debtor

*[signature]*

Joint Debtor